IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00056-MP-AK

TRACEY LEON ROSS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 458, which was deemed a motion to reduce sentence under 18 U.S.C. § 3582. Review of the pleading, however, reveals that it is a nonsensical melange of alleged promissory notes, notices, affidavits and legal explanations without any apparent reference to the criminal case involving defendant. Accordingly, to the extent that the document seeks relief, it is denied.

**DONE AND ORDERED** this  *3rd*   day of June, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge